IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMAR MATTHEWS**, <br><br> Petitioner, <br><br> v. <br><br> **COMMONWEALTH, et al.**, <br><br> Respondents. | **CIVIL ACTION** <br><br> **NO. 20-1789-KSM** |

# ORDER

**AND NOW**, this 30th day of July, 2021, upon careful and independent consideration of Petitioner's Unopposed Motion for Leave to Amend Habeas Petition and Stay Case (Doc. No. 44), and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Doc. No. 45), it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Petitioner's Unopposed Motion (Doc. No. 44) is **GRANTED**;

3. Petitioner's amendment to his habeas petition (Doc. No. 44-1) shall be **DEEMED FILED** as of July 14, 2021, the date of his Unopposed Motion for Leave to Amend;

4. Petitioner's case is **STAYED** and his Petition for a Writ of Habeas Corpus, as amended, is placed **IN SUSPENSE** until the conclusion of Petitioner's collateral review proceedings in state court;

5. Petitioner shall notify the Court within thirty days of the conclusion of the state court proceedings in his case so that his habeas petition may proceed in this Court; and

6. If the state court proceedings have not concluded within six months, counsel for the parties shall file a joint status report and continue to do so at six-month intervals thereafter until this matter is restored to the Court's active docket.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.